Certificate Number: 05781-ILN-DE-025384497

Bankruptcy Case Number: 15-08897



05781-ILN-DE-025384497

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2015, at 7:53 o'clock AM PDT, Donnelle Craft completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:    April 17, 2015            By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President